**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No. 16-58202 |
| | : | |
| Iddings Trucking, Inc., | : | Chapter 11 |
| | : | |
| Debtor. | : | Judge Preston |

**MOTION OF THE DEBTOR FOR AN ORDER (1) SCHEDULING EXPEDITED HEARINGS ON CERTAIN FIRST DAY MOTIONS AND (2) APPROVING THE FORM AND MANNER OF NOTICE OF THE EXPEDITED HEARING**

Now comes Iddings Trucking, Inc., the Debtor and Debtor in Possession (the "Debtor"), moves the Court (the "Motion") pursuant to Local Bankruptcy Rule 9073-1 for an Order (1) scheduling expedited hearings to consider certain first day motions filed by the Debtor; and (2) approving the form and manner of notice of the expedited hearing.

The Debtor submits that this Motion does not present any novel issues of law requiring briefing. Therefore, the Debtor requests that the Court waive the requirement pursuant to LBR 9013-1(a) for a memorandum in support of this Motion.

In support of this Motion the Debtor states as follows:

**I.    JURISDICTION**

1.    This Court has jurisdiction over this Motion under 28 U.S.C. §§ 157 and 1334. Venue of this proceedings is proper under 28 U.S.C. §§1408 and 1409. This matter is a core proceeding as defined in 28 U.S.C. § 157(b)(2).

2.    The basis for the relief requested herein is 11 U.S.C. § 105(a) and Local Rule 9073-1.

**II.    BACKGROUND INFORMATION**

3.    On December 30, 2016 (the "Petition Date"), the Debtor commenced this case by

filing a voluntary petition under Chapter 11 of the Bankruptcy Code.

4. The Debtor is in the business of commercial trucking. Its principal place of business is located at 741 Blue Knob Road, Marietta, Ohio 45750. The Debtor has been in business for more than 50 years as it was founded in 1966. The Debtor currently employs approximately 32 individuals.

5. Pursuant to 11 U.S.C. §§ 1107(a) and 1108, the Debtor is operating its business and managing its affairs as debtor in possession. As of the date of this Motion, no creditors committee, trustee or examiner has been appointed in this case.

6. The Debtor filed this Chapter 11 proceeding in order to reorganize its financial affairs, preserve the going concern value of its assets, and provide a substantive and procedural mechanism for the realization of that value, so as to maximize the value of its assets for the benefit of all parties in interest.

### III. RELIEF REQUESTED

   i. **Description of First Day Motions for which an expedited hearing is requested and reason an expedited hearing is required.**

Contemporaneously with the commencement of this case, the Debtor filed the motions set forth in the table below (collectively, the "First Day Motions"). The Debtor seeks an expedited hearing in relation to the First Day Motions.

| Name of Motion | Description and Reason for Hearing Request |
|---|---|
| Emergency Motion of Debtor (1) to Authorize Use of Cash Collateral, (2) to Provide Adequate Protection to Secured Creditors and (3) to Enter into Secured Post-Petition Financing with Crestmark Bank and Request for Expedited Hearing (Doc. 9) | The Debtor seeks authority to use its cash collateral, to provide adequate protection to Crestmark Bank and to continue financing with Crestmark Bank. An immediate hearing on this motion is essential because the inability of Debtor to use cash collateral will result in irreparable harm to Debtor's ongoing business operations. |

| | |
|---|---|
| Motion of the Debtor for an Order Authorizing the Debtor to Pay Certain Prepetition Wages, Salaries, Expenses, and Other Compensation (Doc. 10) | The Debtor seeks authority to pay certain pre-petition obligations of the Debtor related to employee compensation and benefits. An expedited hearing on this motion is essential because the inability of the Debtor to pay ongoing wages will result in irreparable harm to the Debtor's ongoing business operations. |
| Motion of the Debtor for an Order Authorizing the Debtor to Pay Certain Prepetition Claims of Critical Vendors (Doc. 11) | The Debtor seeks authority to pay certain pre-petition obligations owed to "Critical Vendors," the cooperation and continued support of which the Debtor has deemed essential to its ongoing operations. An expedited hearing on this motion is essential because failure to immediately pay these Critical Vendors would result in the loss of services essential to the Debtor's ongoing operations. |

   ii.  **Parties Affected by the Motion:** All creditors and parties in interest may be affected by the First Day Motions for which an expedited hearing has been requested. Critical vendors and employees will also have their claims affected through the Debtor's First Day Motions.

  4.  **Method of Notice to Interested Parties:** The Debtor proposes to serve notice of the First Day Motions and the expedited hearing on the First Day Motions via ECF, facsimile, electronic service, telephone, or overnight delivery, postage prepaid (the "First Day Notice"). Those parties to be served are:

   a. the Office of the United States Trustee;

   b. holders of the 20 largest unsecured claims;

   c. any and all secured creditors; and

   d. any party requesting notice in this case.

Because the list of other parties potentially affected by the First Day Motions is necessarily large, including all employees and potential critical vendors, serving notice on all

such parties is impracticable and a wasteful use of the Debtor's limited resources. The Debtor believes that the representation of the 20 largest unsecured creditors is sufficient in that instance.

The Debtor further requests that the service of the First Day Notice be deemed adequate and appropriate under the circumstances and in full compliance with applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules of this Court. In addition, as set forth in the proposed First Day Notice, the Debtor will make all First Day Motions available upon e-mail request to John W. Kennedy at jwk@columbuslawyer.net.

5.  **Proposed Scheduling of the Expedited Hearing:** The Debtor proposes that the expedited hearing be held at the convenience of the Court on Wednesday, January 4, 2017.

6.  **Proposed Order and Notice:** As required by the provisions of Local Bankruptcy Rule 9073-1, a proposed Notice of the Expedited Hearing and a proposed Order Scheduling the Expedited Hearing are attached as Exhibits A and B, respectively.

For the reasons expressed in this Motion, cause exists for the Court to schedule the expedited hearing as requested.

Respectfully submitted,

  /s/  John W. Kennedy
Myron N. Terlecky (0018628)
John W. Kennedy (0042672)
Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA
575 South Third Street
Columbus, Ohio 43215-5759
Telephone: (614) 228-6345
Facsimile: (614) 228-6369
Email: mnt@columbuslawyer.net
Attorneys for Iddings Truckng, Inc.,
Debtor and Debtor-in-Possession

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing MOTION OF THE DEBTOR FOR AN ORDER (1) SCHEDULING EXPEDITED HEARINGS ON CERTAIN FIRST DAY MOTIONS AND (2) APPROVING THE FORM AND MANNER OF NOTICE OF THE EXPEDITED HEARING was served (i) **electronically** on the date of filing through the court's ECF system on all ECF participants registered in the case at the email addresses registered with the court, and (ii) by **ordinary U.S. Mail** on December 30, 2016 addressed to the Debtor, the Office of the United States Trustee, the twenty largest unsecured creditors, all secured creditors and those other parties set forth on the attached mailing matrix.

      /s/ John W. Kennedy
      John W. Kennedy  (0042672)

| | | |
|---|---|---|
| IDDINGS TRUCKING INC<br>741 BLUE KNOB RD<br>MARIETTA OH  45750 | OFFICE OF THE U S TRUSTEE<br>170 N HIGH ST #200<br>COLUMBUS OH  43215 | ENGS<br>2441 WARRENSVILLE RD #310<br>LISLE IL  60532 |
| BEERY & SPURLOCK CO LPA<br>ATTN  MIKE SPURLOCK<br>275 EAST STATE ST<br>COLUMBUS OH  43215 | RON CAIN<br>4525 LIGHTNER RIDGE RD<br>STOCKPORT OH  43787 | BROWER INSURANCE AGENCY LLC<br>P O BOX 37<br>DAYTON OH  45401 |
| OHIO DEPARTMENT OF TAXATION<br>ATTN BANKRUPTCY DIVISION<br>P O BOX 530<br>COLUMBUS OH  43266-0030 | PARAGON TANK TRAILER SALES<br>400 E WISCONSIN ST #300<br>MILWAUKEE WI  53202 | WESTFIELD BANK FSB<br>P O BOX 551<br>MEDINA OH  44258 |
| L AND T<br>3420 SCIOTANGY RD<br>COLUMBUS OH  43221 | OHIO BUREAU OF WORKERS' COMPENSATION<br>LAW SECTION BANKRUPTCY UNIT<br>P O BOX 15567<br>COLUMBUS OH  43215-0567 | OHIO DEPT OF JOB &<br>FAMILY SERVICES<br>OFFICE OF LEGAL SERVICES<br>30 E BROAD ST 31ST FLOOR<br>COLUMBUS OH  43218-2404 |
| UNITED HEALTHCARE<br>185 ASYLUM ST<br>BURLINGTON CT  06013-3408 | MLW<br>7864 SPRINGS MILLS DR<br>CANAL WINCHESTER OH  43110 | AGCS MARINE INSURANCE CO<br>P O BOX 0522<br>CAROL STREAM IL  60132 |
| UNIFIRST CORPORATION<br>3 PROGRESS WAY<br>CLARKSBURG WV  26301 | HILL IDEALEASE LLC<br>P O BOX 218<br>MARTINS FERRY OH  43935 | TOM BROWN<br>43890 VERNON HUGHES RD<br>CALDWELL OH  43724 |
| VISA<br>P O BOX 15153<br>WILMINGTON DE  19886 | MILLER'S AM/PM LLC<br>2889 ST RTE 821<br>MARIETTA OH  45750 | BRENDA WALDRON<br>1874 MASONIC OAK RD<br>MARIETTA OH  45750 |
| LINCOLN FINANCIAL GROUP<br>P O BOX 7247-0439<br>PHILADELPHIA PA  19170 | ALICO EQUIPMENT FINANCE<br>W222  N833 CHEANEY DR<br>WAUKESHA WI  53186 | ASCENTIUM CAPITAL LLC<br>23970 HWY 59 N<br>KINGWOOD TX  77339 |
| ATTORNEY GENERAL<br>REVENUE RECOVERY<br>SECTION/BANKRUPTCY<br>150 E GAY ST 21ST FLOOR<br>COLUMBUS OH  43215 | CELTIC CAPITAL<br>23622 CALABASAS RD #323<br>CALABASAS CA  91302 | CRESTMARK BANK<br>5480 CORPORATE DR<br>TROY MI  48098 |
| CIT BANK<br>10201 CENTURION PKWY #100<br>JACKSONVILLE FL  32256 | CITIZENS BANK<br>501 FIFTH ST<br>BEVERLY OH  45715 | DE LAGE LANDEN FINANCIAL<br>SERVICES INC<br>P O BOX 41602<br>PHILADELPHIA PA  19101 |

| | | |
|---|---|---|
| FIRST NEIGHBORHOOD BANK<br>4416 EMERSON AVE<br>PARKERSBURG WV  26104 | HIGHWAY COMMERCIAL SERVICES<br>1250 WALCUTT RD<br>COLUMBUS OH  43228 | HUNTINGTON NATIONAL BANK<br>P O BOX 182834<br>COLUMBUS OH  43218 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY<br>OPERATIONS<br>P O BOX 7346<br>PHILADELPHIA PA  19101-7346 | M2 LEASE FUNDS LLC<br>175 N PATRICK BLVD #140<br>BROOKFIELD WI  53045 | OHIO ATTORNEY GENERAL<br>COLLECTIONS ENFORCEMENT SECTION<br>150 E GAY ST 21ST FLOOR<br>COLUMBUS OH  43215-3191 |
| PEOPLE'S UNITED GLOBAL<br>FINANCIAL SERVICES<br>P O BOX 317887<br>BRATTLEBORO VT  05302 | SALLY J WALTERS<br>4250 ST RTE 26<br>MARIETTA OH  45750 | SETTLERS BANK<br>115 3RD ST<br>MARIETTA OH  45750 |
| SIEMENS FINANCIAL SERVICES<br>301 LINWOOD DR #215<br>MALVERN PA  19355 | THOMAS E COUGHLIN<br>27777 FRANKLIN RD #2500<br>SOUTHFIELD MI  48034 | TRANS LEASE INC<br>P O BOX 172686<br>DENVER CO  80217 |
| U S ATTORNEY<br>303 MARCONI BLVD #200<br>COLUMBUS OH  43215-2326 | U S ATTORNEY GENERAL<br>MAIN JUSTICE BLDG RM 5111<br>10TH & CONSTITUTION AVE N W<br>WASHINGTON DC  20530-0001 | |

**EXHIBIT A**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 16-58202 |
| | : | |
| Iddings Trucking, Inc., | : | Chapter 11 |
| | : | |
| Debtor. | : | Judge Preston |

## NOTICE OF EXPEDITED HEARING ON CERTAIN
## FIRST DAY MOTIONS OF THE DEBTOR

Iddings Trucking, Inc., the Debtor and Debtor in Possession (the "Debtor"), filed a Motion for an Order pursuant to Local Bankruptcy Rule 9073-1 scheduling an expedited hearing on the following Motions (the "First Day Motions Motions"):

1. *Emergency Motion of Debtor (1) to Authorize Use of Cash Collateral, (2) to Provide Adequate Protection to Secured Creditors, and (3) to Enter into Secured Post-Petition Financing with Crestmark Bank and Request for Expedited Hearing* (Doc. 9);

2. *Motion of the Debtor for an Order (1) Authorizing the Debtor to Pay Certain Prepetition Wages, Salaries, Expenses, and Other Compensation* (Doc. 10); and

3. *Motion of the Debtor for an Order Authorizing the Debtor to Pay Certain Prepetition Claims of Critical Vendors* (Doc. 11).

The Debtors' Motion for Expedited Hearing was filed on December __, 2016 ("Motion for Expedited Hearing") (Doc. __).

The Court entered an Order on December ___, 2016 (Doc. __), granting the Motion for Expedited Hearing.

Accordingly, notice is given that the Court will conduct a hearing on the First Day Motions on **(date) at (time)** in Courtroom ____, Fifth Floor, United States Bankruptcy Court, 170 North High Street, Columbus, OH 43215.  Any creditor or party in interest who wishes to have its position considered regarding the First Day Motions must appear at the scheduled expedited hearing.

       Respectfully submitted,

       /s/  John W. Kennedy
       Myron N. Terlecky (0018628)
       John W. Kennedy (0042672)
       Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA
       575 South Third Street
       Columbus, Ohio 43215-5759
       Telephone: (614) 228-6345
       Facsimile: (614) 228-6369
       Email:  mnt@columbuslawyer.net
       Attorneys for Iddings Truckng, Inc.,
       Debtor and Debtor-in-Possession

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing NOTICE OF EXPEDITED HEARING ON CERTAIN FIRST DAY MOTIONS OF THE DEBTOR was served (i) **electronically** on the date of filing through the court's ECF system on all ECF participants registered in the case at the email addresses registered with the court, and (ii) by **ordinary U.S. Mail** on _____, 2016 addressed to the Debtor, the Office of the United States Trustee, the twenty largest unsecured creditors, all secured creditors and those other parties set forth on the attached mailing matrix.

                                            /s/ John W. Kennedy
                                            John W. Kennedy  (0042672)

**EXHIBIT B**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No. 16-58202 |
| | : | |
| Iddings Trucking, Inc., | : | Chapter 11 |
| | : | |
| Debtor. | : | Judge Preston |

**ORDER SCHEDULING AN EXPEDITED HEARING ON CERTAIN FIRST DAY MOTIONS OF THE DEBTOR**

**(RELATED TO MOTION FOR EXPEDITED HEARING DOC. _____)**

This matter comes before the Court upon the *Motion of the Debtor for an Order (1) Scheduling Expedited Hearings on Certain First Day Motions and (2) Approving the Firm and Manner of Notice of the Expedited Hearing* (the "Expedited Hearing Motion") (Doc. ___), filed on December __, 2016, by Iddings Trucking, Inc., the Debtor and Debtor in Possession (the "Debtor"). Through the Motion and pursuant to Local Bankruptcy Rule 9073-1, the Debtor seeks an order scheduling an expedited hearing on the following motions (the "First Day Motions"):

1. *Emergency Motion of Debtor (1) to Authorize Use of Cash Collateral, (2) to Provide Adequate Protection to Crestmark Bank, and (3) to Enter into Secured Post-Petition Financing with Crestmark Bank and Request for Expedited Hearing* (Doc. 9)*;*

2. *Motion of the Debtor for an Order (1) Authorizing the Debtor to Pay Certain Prepetition Wages, Salaries, Expenses, and Other Compensation* (Doc. 10)*; and*

3. *Motion of the Debtor for an Order Authorizing the Debtor to Pay Certain Prepetition Claims of Critical Vendors* (Doc. 11).

The Court has considered the information in the Debtor's First Day Motions and finds that it is appropriate to grant the Motion for Expedited Hearing.

It is therefore ORDERED and DECREED that the Debtor's Motion for Expedited Hearing shall be, and it hereby is, granted; and it is further

ORDERED and DECREED that the Court will conduct an expedited hearing on the first Day Motions.  The expedited hearing will be held on _____ in Courtroom ____, 5th Floor, United States Bankruptcy Court, 170 North High Street, Columbus, OH 43215.  Parties wishing to have their views heard on the First Day Motions must attend the expedited hearing; and it is further

ORDERED and DECREED that the notice attached to the Motion for Expedited Hearing as Exhibit A (the "First Day Notice"), is approved in all respects and is in full compliance with LBR 9013-1; and it is further

ORDERED and DECREED that service of the First Day Notice (substantially in the form attached to the Motion for Expedited Hearing as Exhibit A) via e-mail, overnight delivery or other express mail service as soon as practicable after the entry of this Order on the parties set forth in the Motion is deemed to be sufficient and adequate notice under the circumstances and in

3

full compliance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules and the Local Bankruptcy Rules; and it is further

ORDERED and DECREED that the Debtor shall file a copy of the First Day Notice and Certificate of Service with the Court showing the date of the service of the First Day Notice. Such service shall be completed no later than 6:00 p.m., December ___, 2016.

IT IS SO ORDERED.

SUBMITTED BY:

   /s/    John W. Kennedy
Myron N. Terlecky (0018628)
John W. Kennedy (0042672)
Strip Hoppers Leithart McGrath & Terlecky Co., LPA
575 South Third Street
Columbus, OH 43215
(614) 228-6345
Fax: (614) 228-6369
Attorneys for Iddings Trucking, Inc.
Debtor and Debtor in Possession

Copies to Default List.

# # #