## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 2:16-BK-58202 |
| | § | |
| Iddings Trucking, Inc. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Brent A. Stubbins, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $72,482.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $222,147.53 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $377,128.43 | | |

3)      Total gross receipts of $599,275.96  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $599,275.96 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $2,440,936.21 | $1,889,680.70 | $1,538,070.21 | $6,867.50 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $145,147.36 | $141,365.11 | $141,365.11 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $242,531.07 | $242,531.07 | $235,763.32 |
| Priority Unsecured Claims (From **Exhibit 6**) | $133,466.07 | $731,575.74 | $731,575.74 | $215,280.03 |
| General Unsecured Claims (from **Exhibit 7**) | $402,056.73 | $1,791,957.25 | $1,717,923.79 | $0.00 |
| **Total Disbursements** | $2,976,459.01 | $4,800,892.12 | $4,371,465.92 | $599,275.96 |

4). This case was originally filed under chapter 11 on 12/30/2016. The case was converted to one under Chapter 7 on 01/30/2018. The case was pending for 39 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/01/2021                    By:   /s/ Brent A. Stubbins
                                               Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Accounts receivable: 90 days old or less: face amount - doubtful or uncollectible accounts 154,172.17 - 65,120.50 = $ | 1121-000 | $991.18 |
| 14.388 acres undeveloped land, State Rte. 26, Washington County, Ohio, Parcel No. 230077048000  Fee simple Unknown Tax | 1129-000 | $200.00 |
| 2006 Ford F150 Pickup truck liquidation | 1129-000 | $1,950.00 |
| 2008 GMC Sierra 2500 4X4 Regcab Pickup Truck Liquidation | 1129-000 | $9,950.00 |
| 2011 Chevrolet Silverado 2500 LTZ 4X4 Extcab Pickup Truck Liquidation | 1129-000 | $17,700.00 |
| 2014 GMC Sierra 2500 Denali 4X4 Crewcab Pickup Truck liquidation | 1129-000 | $30,001.00 |
| 48.019 acres farm land, State Rte. 26, Washington County, Ohio, Parcel No. 230085854000  Fee simple Unknown  Tax records | 1129-000 | $3,000.00 |
| Fleet of 51 tractors and 114 trailers; see attached itemized list (insured value). Total Value is linked to various cred | 1129-000 | $389,294.96 |
| Huntington Bank Checking | 1129-000 | $29,296.27 |
| Inventory: parts inventory Nov 2016 recent cost | 1129-000 | $15,472.14 |
| Mineral rights in 600 acres Bartlett, Ohio; market value unknown | 1129-000 | $32,100.00 |
| Office furniture: 17 desks, 13 chairs, 9 tables,12 file cabinets liquidation | 1129-000 | $1,200.00 |
| Shop equipment: 2 generators, water pump, forklift, 2 welders, plasma cutter, 2 battery chargers, shop vac, cutting torc | 1129-000 | $63,120.41 |
| Remnants | 1229-000 | $5,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$599,275.96** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | The Huntington National Bank | 4210-000 | $29,142.00 | $29,795.28 | $29,795.28 | $0.00 |
| 9 | Ascentium Capital, LLC | 4110-000 | $0.00 | $78,358.10 | $0.00 | $0.00 |
| 12 | Internal Revenue Service | 4110-000 | $0.00 | $273,898.90 | $273,898.90 | $0.00 |
| 13 | Crestmark TPG LLC | 4210-000 | $85,000.00 | $84,359.10 | $84,359.10 | $0.00 |

| 17 | Alico Equipment Finance | 4210-000 | $34,445.00 | $31,000.00 | $31,000.00 | $0.00 |
|---|---|---|---|---|---|---|
| 19 | First Neighborhood Bank | 4210-000 | $0.00 | $224,000.00 | $224,000.00 | $0.00 |
| 24 | People's United Equipment Finance Corp. | 4210-000 | $0.00 | $518,199.96 | $518,199.96 | $0.00 |
| 27 | The Citizens Bank Company | 4300-070 | $0.00 | $171,538.02 | $171,538.02 | $0.00 |
| 29 | m2 Lease Funds LLC | 4210-000 | $0.00 | $49,889.81 | $49,889.81 | $0.00 |
| 31 | Settlers Bank | 4210-000 | $0.00 | $15,842.95 | $15,842.95 | $0.00 |
| 32 | Settlers Bank | 4210-000 | $0.00 | $29,067.27 | $29,067.27 | $0.00 |
| 34 | Trans Lease, Inc. | 4210-000 | $0.00 | $99,776.01 | $99,776.01 | $0.00 |
| 37 | Siemens Financial Services, Inc. | 4210-000 | $0.00 | $223,610.05 | $0.00 | $0.00 |
| 38 | Siemens Financial Services, Inc. | 4210-000 | $0.00 | $49,642.34 | $0.00 | $0.00 |
| 45 | Pennsylvania Department of Revenue | 4210-000 | $0.00 | $466.49 | $466.49 | $0.00 |
| 53 | Washington County Treasurer | 4110-000 | $0.00 | $2,814.02 | $2,814.02 | $0.00 |
| 54 | Washington County Treasurer | 4110-000 | $0.00 | $554.90 | $554.90 | $0.00 |
| | De Lage Landen | 4210-000 | $0.00 | $6,867.50 | $6,867.50 | $6,867.50 |
| | Ascentium Capital LLC | 4110-000 | $90,805.00 | $0.00 | $0.00 | $0.00 |
| | Celtic Capital | 4110-000 | $4,448.00 | $0.00 | $0.00 | $0.00 |
| | Citizens Bank | 4110-000 | $152,707.00 | $0.00 | $0.00 | $0.00 |
| | De Lage Landen Financial | 4110-000 | $9,693.00 | $0.00 | $0.00 | $0.00 |
| | First Neighborhood Bank | 4110-000 | $345,896.00 | $0.00 | $0.00 | $0.00 |
| | Highway Commercial | 4110-000 | $431,363.00 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service | 4110-000 | $290,619.21 | $0.00 | $0.00 | $0.00 |
| | M2 Lease Funds, LLC | 4110-000 | $37,332.00 | $0.00 | $0.00 | $0.00 |
| | People's United Equipment Finance | 4110-000 | $517,208.00 | $0.00 | $0.00 | $0.00 |
| | Settlers Bank | 4110-000 | $31,865.00 | $0.00 | $0.00 | $0.00 |
| | Siemens Financial Services | 4110-000 | $281,520.00 | $0.00 | $0.00 | $0.00 |
| | Trans Lease Inc | 4110-000 | $98,893.00 | $0.00 | $0.00 | $0.00 |

| TOTAL SECURED CLAIMS | $2,440,936.21 | $1,889,680.70 | $1,538,070.21 | $6,867.50 |
|---|---|---|---|---|

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Brent A. Stubbins, Trustee | 2100-000 | NA | $33,213.80 | $32,613.80 | $32,613.80 |
| Brent A. Stubbins, Trustee | 2200-000 | NA | $6,885.85 | $6,885.85 | $6,885.85 |
| Loeber & Gessel LLC. | 2410-000 | NA | $30,250.00 | $30,250.00 | $30,250.00 |
| Storage fees for keeping truck on lot | 2500-000 | NA | $500.00 | $500.00 | $500.00 |
| Pinnacle Bank | 2600-000 | NA | $1,941.51 | $1,941.51 | $1,941.51 |
| Miranda Duty | 2690-000 | NA | $4,215.88 | $4,215.88 | $4,215.88 |
| Internal Revenue Service | 2810-000 | NA | $5,101.70 | $5,101.70 | $5,101.70 |
| Office of the United States Trustee | 2950-000 | NA | $13,000.00 | $13,000.00 | $13,000.00 |
| Stubbins, Watson, Bryan & Witucky, Attorney for Trustee | 3110-000 | NA | $39,675.25 | $36,493.00 | $36,493.00 |
| Stubbins, Watson, Bryan, & Witucky Co., L.P.A, Attorney for Trustee | 3120-000 | NA | $3,600.00 | $3,600.00 | $3,600.00 |
| James B Wolfe, Accountant for Trustee | 3410-000 | NA | $3,082.77 | $3,082.77 | $3,082.77 |
| Commission to Realtor, Realtor for Trustee | 3510-000 | NA | $1,605.00 | $1,605.00 | $1,605.00 |
| Commission to Engineer, Other Professional | 3991-000 | NA | $1,605.00 | $1,605.00 | $1,605.00 |
| Wes Casto, Other Professional | 3992-000 | NA | $470.60 | $470.60 | $470.60 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $145,147.36 | $141,365.11 | $141,365.11 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Strip, Hoppers, Leithart, McGrath, & Terlecky, Co., L.P.A., Attorney for Trustee | 6110-000 | NA | $89,624.00 | $89,624.00 | $89,624.00 |

| | | | | | |
|---|---|---|---|---|---|
| Strip, Hoppers, Leithart, McGrath, & Terlecky, Co., L.P.A. | 6120-000 | NA | $6,767.75 | $6,767.75 | $0.00 |
| Mulligan & Topy Co., Accountant for Trustee/D-I-P | 6410-000 | NA | $3,919.50 | $3,919.50 | $3,919.50 |
| Thomas P Giusti, CPA, Accountant for Trustee/D-I-P | 6410-000 | NA | $1,050.00 | $1,050.00 | $1,050.00 |
| Westfield Bank, FSB, Other Professional | 6710-000 | NA | $33,919.82 | $33,919.82 | $33,919.82 |
| Loeber & Gessel LLC., Admin. Rent (post-petition storage | 6920-000 | NA | $107,250.00 | $107,250.00 | $107,250.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | NA | $242,531.07 | $242,531.07 | $235,763.32 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 12a | Internal Revenue Service | 5800-000 | $0.00 | $32,105.14 | $32,105.14 | $9,491.25 |
| 15 | Ohio Department of Taxation | 5800-000 | $0.00 | $150,205.00 | $150,205.00 | $44,405.16 |
| 16 | Ohio Dept. of Job & Family Services | 5800-000 | $0.00 | $64,640.40 | $64,640.40 | $19,109.66 |
| 47 | Arkansas Department of Finance &#038; Administration | 5800-000 | $0.00 | $201.14 | $201.14 | $59.46 |
| 48 | Ohio Bureau of Workers Compensation | 5800-000 | $0.00 | $2,101.38 | $2,101.38 | $621.23 |
| 49 | Ohio Dept. of Job & Family Services | 5800-000 | $0.00 | $27,549.34 | $27,549.34 | $8,144.42 |
| 52 | Miami Dade Expressway Authority | 5800-000 | $0.00 | $135.53 | $135.53 | $40.07 |
| 53a | Washington County Treasurer | 5800-000 | $0.00 | $2,814.02 | $2,814.02 | $0.00 |
| 54a | Washington County Treasurer | 5800-000 | $0.00 | $554.90 | $554.90 | $0.00 |
| 62 | Internal Revenue Service | 5800-000 | $0.00 | $10,403.15 | $10,403.15 | $3,075.49 |
| 63 | Ohio Department of Taxation | 5800-000 | $0.00 | $437,392.73 | $437,392.73 | $129,306.56 |
| 64 | KENTUCKY | 5800-000 | $0.00 | $3,473.01 | $3,473.01 | $1,026.73 |

| | | | | | |
|---|---|---|---|---|---|
| DEPARTMENT OF REVENUE | | | | | |
| Ohio Bureau of Workers Comp | 5800-000 | $37,542.64 | $0.00 | $0.00 | $0.00 |
| Ohio Department of Taxation | 5800-000 | $55,841.94 | $0.00 | $0.00 | $0.00 |
| Ohio Dept. of Job & Family | 5800-000 | $35,659.05 | $0.00 | $0.00 | $0.00 |
| Pennsylvania Department of Rev | 5800-000 | $65.79 | $0.00 | $0.00 | $0.00 |
| State of Arkansas | 5800-000 | $167.65 | $0.00 | $0.00 | $0.00 |
| State of West Virginia | 5800-000 | $288.00 | $0.00 | $0.00 | $0.00 |
| West Virginia State Tax Dept. | 5800-000 | $3,901.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | $133,466.07 | $731,575.74 | $731,575.74 | $215,280.03 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | UnitedHealthcare | 7100-000 | $0.00 | $34,307.79 | $34,307.79 | $0.00 |
| 2 | Ohio Bureau of Workers Compensation | 7100-000 | $0.00 | $17,414.73 | $17,414.73 | $0.00 |
| 3 | Lucas Truck Sales, Inc. | 7100-000 | $0.00 | $221.74 | $221.74 | $0.00 |
| 4 | American InfoSource LP as agent for | 7100-000 | $0.00 | $151.87 | $151.87 | $0.00 |
| 6 | Pitney Bowes Inc | 7100-000 | $0.00 | $4,102.71 | $4,102.71 | $0.00 |
| 7 | CIT Finance LLC | 7100-000 | $87,642.00 | $83,699.79 | $83,699.79 | $0.00 |
| 8 | Crystal Beverages Co Inc | 7100-000 | $0.00 | $66.00 | $66.00 | $0.00 |
| 9A | Ascentium Capital, LLC | 7100-000 | $0.00 | $34,981.45 | $34,981.45 | $0.00 |
| 10 | Highway Commercial Services, Inc. | 7100-000 | $0.00 | $183,404.00 | $183,404.00 | $0.00 |
| 11 | Mueeay's Glass Co., Inc. | 7100-000 | $0.00 | $5,636.12 | $5,636.12 | $0.00 |
| 12b | Internal Revenue Service | 7300-000 | $0.00 | $5,449.08 | $5,449.08 | $0.00 |
| 14 | Tire Centers, LLC | 7100-000 | $0.00 | $7,272.81 | $7,272.81 | $0.00 |
| 15a | Ohio Department of Taxation | 7100-000 | $0.00 | $46,309.34 | $46,309.34 | $0.00 |
| 16a | Ohio Dept. of Job & Family | 7100-000 | $0.00 | $4,391.10 | $4,391.10 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Services | | | | | |
| 17a | Alico Equipment Finance | 7100-000 | $0.00 | $125.00 | $125.00 | $0.00 |
| 18 | Polar Service Centers | 7100-000 | $0.00 | $4,012.23 | $4,012.23 | $0.00 |
| 19a | First Neighborhood Bank | 7100-000 | $0.00 | $121,485.86 | $121,485.86 | $0.00 |
| 20 | American Electric Power | 7100-000 | $0.00 | $388.38 | $388.38 | $0.00 |
| 21 | US Department of Labor | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | De Lage Landen Financial Serives | 7100-000 | $0.00 | $5,474.44 | $5,474.44 | $0.00 |
| 23 | New York State Thruway Authority | 7100-000 | $0.00 | $1,026.28 | $1,026.28 | $0.00 |
| 25 | Dave Wynn | 7100-000 | $0.00 | $7,611.18 | $7,611.18 | $0.00 |
| 26 | Jason Sillaman | 7100-000 | $0.00 | $4,525.31 | $4,525.31 | $0.00 |
| 28 | Polar Service Centers | 7100-000 | $0.00 | $4,012.23 | $4,012.23 | $0.00 |
| 30 | The Insurance Company of the State of Pennsylvania | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | Beery & Spurlock Co. LPA | 7100-000 | $0.00 | $146,505.00 | $146,505.00 | $0.00 |
| 35 | Unifirst Corporation | 7100-000 | $0.00 | $134,778.98 | $134,778.98 | $0.00 |
| 36 | Wells Fargo Vendor Financial Services, LLC | 7100-000 | $0.00 | $3,886.07 | $0.00 | $0.00 |
| 36A | Wells Fargo Vendor Financial Services, LLC | 7100-000 | $0.00 | $3,816.32 | $3,816.32 | $0.00 |
| 37A | Siemens Financial Services, Inc. | 7100-000 | $0.00 | $58,892.55 | $0.00 | $0.00 |
| 38A | Siemens Financial Services, Inc. | 7100-000 | $0.00 | $11,254.84 | $0.00 | $0.00 |
| 39 | Loeber & Gessel LLC. | 7100-000 | $0.00 | $644,372.00 | $644,372.00 | $0.00 |
| 41 | AT&T Corp. | 7100-000 | $0.00 | $1,409.86 | $1,409.86 | $0.00 |
| 42 | AT&T Long Distance, LLC | 7100-000 | $0.00 | $1,991.68 | $1,991.68 | $0.00 |
| 43 | ENGS Commercial Finance Co | 7100-000 | $0.00 | $93,432.59 | $93,432.59 | $0.00 |
| 44 | US Department of Labor | 7100-000 | $0.00 | $15,006.06 | $15,006.06 | $0.00 |
| 46 | American | 7100-000 | $0.00 | $321.07 | $321.07 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| | Producers Supply Co., Inc. | | | | | |
| 47a | Arkansas Department of Finance &#038; Administration | 7100-000 | $0.00 | $200.00 | $200.00 | $0.00 |
| 50 | L and T Trucking, Inc. | 7100-000 | $0.00 | $42,288.40 | $42,288.40 | $0.00 |
| 51 | Dave Wynn | 7100-000 | $0.00 | $7,611.00 | $7,611.00 | $0.00 |
| 56 | Ailco Equipment Finance Group, Inc. | 7100-000 | $0.00 | $13,455.00 | $13,455.00 | $0.00 |
| 57 | Hill Idealease, LLC | 7100-000 | $0.00 | $24,615.73 | $24,615.73 | $0.00 |
| 58 | Comdata Inc | 7100-000 | $0.00 | $3,079.00 | $3,079.00 | $0.00 |
| 60 | Trans Lease, Inc. | 7100-000 | $0.00 | $3,258.25 | $3,258.25 | $0.00 |
| 61 | Trans Lease, Inc. | 7100-000 | $0.00 | $4,049.28 | $4,049.28 | $0.00 |
| 64a | KENTUCKY DEPARTMENT OF REVENUE | 7200-000 | $0.00 | $1,664.13 | $1,664.13 | $0.00 |
| | AGCS Marine Insurance Company | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | All-State Peterbuilt of East Ohio | 7100-000 | $311.85 | $0.00 | $0.00 | $0.00 |
| | Allstate Insurance | 7100-000 | $422.75 | $0.00 | $0.00 | $0.00 |
| | American Moving and Storage Association | 7100-000 | $50.00 | $0.00 | $0.00 | $0.00 |
| | American Producers Supply Co., Inc | 7100-000 | $85.13 | $0.00 | $0.00 | $0.00 |
| | American Telephone Technologies | 7100-000 | $705.68 | $0.00 | $0.00 | $0.00 |
| | ASC, Inc | 7100-000 | $355.00 | $0.00 | $0.00 | $0.00 |
| | AT&T | 7100-000 | $1,492.44 | $0.00 | $0.00 | $0.00 |
| | Axon Development Corporation | 7100-000 | $8,805.00 | $0.00 | $0.00 | $0.00 |
| | Beery & Spurlock Co. LPA | 7100-000 | $142,883.45 | $0.00 | $0.00 | $0.00 |
| | Bill Ford | 7100-000 | $17,224.62 | $0.00 | $0.00 | $0.00 |
| | Bill Strum | 7100-000 | $18,197.78 | $0.00 | $0.00 | $0.00 |
| | Brenda Waldron | 7100-000 | $20,480.81 | $0.00 | $0.00 | $0.00 |
| | Brower Insurance Agency, LLC | 7100-000 | $57,347.50 | $0.00 | $0.00 | $0.00 |
| | Bruner-Cox LLP | 7100-000 | $11,150.00 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| C & J | 7100-000 | $2,500.00 | $0.00 | $0.00 | $0.00 |
| CBIZ Retirement Plan Services | 7100-000 | $1,289.00 | $0.00 | $0.00 | $0.00 |
| Cintas Corporation | 7100-000 | $5,012.30 | $0.00 | $0.00 | $0.00 |
| Complete Payment Recovery Services, Inc. | 7100-000 | $471.94 | $0.00 | $0.00 | $0.00 |
| Custom Permit Service Company | 7100-000 | $827.70 | $0.00 | $0.00 | $0.00 |
| D and T | 7100-000 | $12,829.89 | $0.00 | $0.00 | $0.00 |
| Dave Wynn | 7100-000 | $4,488.06 | $0.00 | $0.00 | $0.00 |
| Delaware River Joint Toll | 7100-000 | $30.00 | $0.00 | $0.00 | $0.00 |
| Dorothy K. Peppel Treasurer | 7100-000 | $6,311.92 | $0.00 | $0.00 | $0.00 |
| East Manufacturing Corporation | 7100-000 | $12.21 | $0.00 | $0.00 | $0.00 |
| Easton Printing Company | 7100-000 | $264.70 | $0.00 | $0.00 | $0.00 |
| Emerick Brothers Garage | 7100-000 | $865.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $402,056.73 | $1,791,957.25 | $1,717,923.79 | $0.00 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 16-58202 | | Trustee Name: | Brent A. Stubbins |
| Case Name: | Iddings Trucking, Inc. | | Date Filed (f) or Converted (c): | 01/30/2018 (c) |
| For the Period Ending: | 4/1/2021 | | §341(a) Meeting Date: | 02/26/2018 |
| | | | Claims Bar Date: | 04/10/2018 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description**<br>**(Scheduled and**<br>**Unscheduled (u) Property)** | **Petition/**<br>**Unscheduled**<br>**Value** | **Estimated Net Value**<br>**(Value Determined by**<br>**Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA =§ 554(a) abandon.** | **Sales/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully Administered (FA)/**<br>**Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | Huntington Bank Checking | $7,900.00 | $7,900.00 | | $29,296.27 | FA |
| 2 | Accounts receivable: 90 days old or less: face amount - doubtful or uncollectible accounts 154,172.17 - 65,120.50 = $89,051.67 | $89,051.67 | $4,051.67 | | $991.18 | FA |
| 3 | Inventory: tires inventory Nov 2016 recent cost | $3,207.00 | $3,207.00 | | $0.00 | FA |
| 4 | Inventory: parts inventory Nov 2016 recent cost | $564,827.00 | $560,379.00 | | $15,472.14 | FA |
| 5 | Office furniture: 17 desks, 13 chairs, 9 tables,12 file cabinets liquidation | $1,185.00 | $1,185.00 | | $1,200.00 | FA |
| 6 | Office equipment: 13 desktop computers, 13 printers, 13 phones, 7 calculators, scanner, shredder, fax machine | $2,275.00 | $2,275.00 | | $0.00 | FA |
| 7 | Fleet of 51 tractors and 114 trailers; see attached itemized list (insured value). Total Value is linked to various creditors listed on Schedule D. Other than the IRS, no other creditor has a lien on the Debtor's interest in the Fleet. Insured value | $5,794,773.00 | $3,668,249.79 | | $389,294.96 | FA |
| **Asset Notes:** | There are 2 unliquidated East Trailers, a 2008, and a 1990, which are the subject of a Motion to Sell (#359) where an Order is pending. | | | | | |
| 8 | 2015 GMC Sierra 3500 WT 4X4 Crewcab Service Truck (Lease) liquidation | $42,000.00 | $0.00 | | $0.00 | FA |
| 9 | 2014 GMC Sierra 2500 Denali 4X4 Crewcab Pickup Truck liquidation | $36,000.00 | $4,135.00 | | $30,001.00 | FA |
| 10 | 2008 GMC Sierra 2500 4X4 Regcab Pickup Truck Liquidation | $9,500.00 | $9,500.00 | | $9,950.00 | FA |
| 11 | 2011 Chevrolet Silverado 2500 LTZ 4X4 Extcab Pickup Truck Liquidation | $20,000.00 | $20,000.00 | | $17,700.00 | FA |
| 12 | 2006 Ford F150 Pickup truck liquidation | $3,500.00 | $3,500.00 | | $1,950.00 | FA |
| 13 | 2014 GMC Denali Pickup Truck liquidation | $25,000.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | Changed from deemed to ordered per 1/7 Abandonment, hoping the Debtor's description of this is the same as the Bank's more detailed one. | | | | | |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 16-58202 | Trustee Name: | Brent A. Stubbins |
|---|---|---|---|
| Case Name: | Iddings Trucking, Inc. | Date Filed (f) or Converted (c): | 01/30/2018 (c) |
| For the Period Ending: | 4/1/2021 | §341(a) Meeting Date: | 02/26/2018 |
| | | Claims Bar Date: | 04/10/2018 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14 | Shop equipment: 2 generators, water pump, forklift, 2 welders, plasma cutter, 2 battery chargers, shop vac, cutting torches, dolly, floor jack, 3 air jacks, 2 truck ramps, 4 jack stands, 5 bottle jacks, 2 torque wrenches, 2 air impacts, band saw, 2 drill presses, grinders, 2 pressure washers, pipe bender, sand blaster, motor hoist, 2 air compressors  liquidation | $62,172.00 | $62,172.00 | | $63,120.41 | FA |
| 15 | 14.388 acres undeveloped land, State Rte. 26, Washington County, Ohio, Parcel No. 230077048000  Fee simple Unknown  Tax records | $34,940.00 | $34,940.00 | OA | $200.00 | FA |
| **Asset Notes:** | This asset and #16 are listed for sale with the total asking price of $275,000. The Mortgage payoff as of 6/28/2018 was $177,200, with a per diem of $27.60. The estate previously received an off of $185,000, which we rejected. | | | | | |
| 16 | 48.019 acres farm land, State Rte. 26, Washington County, Ohio, Parcel No. 230085854000  Fee simple Unknown  Tax records | $178,050.00 | $25,343.00 | OA | $3,000.00 | FA |
| **Asset Notes:** | See #15. | | | | | |
| 17 | Mineral rights in 600 acres Bartlett, Ohio; market value unknown | Unknown | $60,000.00 | | $32,100.00 | FA |
| **Asset Notes:** | We are filing an Application to Employ a Mineral Expert and a Realtor/Auctioneer to liquidate the Mineral Rights. That should be filed by 9/29/18. I have until January to place a value on this asset. | | | | | |
| | 10/29 valued at $60,000. Per Support Document, between that and $500,000. | | | | | |
| 18 | Note Receivable from affiliates, Michael Bradley Co., book amount $564,448, collectibility doubtful  Total face amount - doubtful or uncollectible amount = 564,448.00 - 564,448.00 = 0.00 | $0.00 | $1.00 | | $0.00 | FA |
| **Asset Notes:** | There are tax obligations with potential personal liability for this entity and its insiders. On information and belief, the insider is the son of George Loeber. I plan to offer this and assets #19 and #20 to those Buyers of Assets who regularly contact Trustees, to see if they have any value. | | | | | |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   3          Exhibit 8

| Case No.: | 16-58202 | Trustee Name: | Brent A. Stubbins |
|---|---|---|---|
| Case Name: | Iddings Trucking, Inc. | Date Filed (f) or Converted (c): | 01/30/2018 (c) |
| For the Period Ending: | 4/1/2021 | §341(a) Meeting Date: | 02/26/2018 |
| | | Claims Bar Date: | 04/10/2018 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 19 | Note receivable from George C. Loeber, book amount $637,904, collecibility doubtful  Total face amount - doubtful or uncollectible amount = 637,904.00 - 637,904.00 = 0.00 | $0.00 | $1.00 | | $0.00 | FA |
| **Asset Notes:** | See #18. | | | | | |
| 20 | Note receivable Thomas E. Hall, book amount $39,158, collectibility doubtful  Total face amount - doubtful or uncollectible amount = 39,158.00 - 39,158.00 = 0.00 | $0.00 | $1.00 | | $0.00 | FA |
| **Asset Notes:** | See #18. | | | | | |
| 21 | Net operating losses for previous tax years; value undetermined | Unknown | $0.00 | | $0.00 | FA |
| 22 | INSURANCE PREMIUM FINANCING (u) FUND PER MOTION FOR RELIEF FROM STAY | $0.00 | $5,000.00 | OA | $0.00 | FA |
| **Asset Notes:** | WESTFIELD BANK HAS FUNDS FROM A PREMIUM FINANCING ARRANGEMENT. WE HAVE UPLOADED AN AGREED ORDER CALLING FOR THE EXCESS FUNDS TO BE REFUNDED TO THE ESTATE. THIS IS A NEW ASSET. I HAVE ESTIMATED ITS VALUE.  3/2/2020 - we believe there is no easy recovery here, if at all. The Response to our Subpoenas was to oppose providing any information. Grant followed up by phone and was told there were not going to be any funds for the estate. Whatever was there, is now included in the Remants' Motion, so I am zeroing this out. | | | | | |
| 23 | Remnants (u) | $0.00 | $5,000.00 | | $5,000.00 | FA |

| TOTALS (Excluding unknown value) | | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| | | $6,874,380.67 | $4,476,840.46 | | $599,275.96 | $0.00 |

**Major Activities affecting case closing:**
Time has run on Motion to Compromise

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:    4        Exhibit 8

| Case No.: | 16-58202 | | | Trustee Name: | Brent A. Stubbins |
| Case Name: | Iddings Trucking, Inc. | | | Date Filed (f) or Converted (c): | 01/30/2018 (c) |
| For the Period Ending: | 4/1/2021 | | | §341(a) Meeting Date: | 02/26/2018 |
| | | | | Claims Bar Date: | 04/10/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

FOR 9/30/2019 TIR. THERE ARE TWO REMAINING ASSETS, THE OIL AND GAS, WHERE THE AUCTION PROCESS IS COMPLETED - JUST WAITING FOR PAYMENT, AND THE 60+/-ACRES OF REAL ESTATE EAST OF MARIETTA. EITHER THERE WILL BE AN OFFER ON THAT LAND OR I WILL TRY TO NEGOTIATE A CARVE OUT FOR THE BANK'S CREEDIT BID. WE THOUGHT WE HAD THE LAND SOLD A COUPLE OF TIMES, BUT THE AMOUNTS OFFERED WERE INSUFFICIENT TO ALLOW A BENEFIT TO THE ESTATE GIVEN THE MORTGAGE DEBT AND THE COSTS OF SALE. THE LAST GASP IS THE PROPERTY SHOWN TO PERHAPS THE LAST POSSIBLE BUYER FRIDAY SEPTEMBER 20. WE BELEIVE WE HAVE SUCCESSFULLY CLOSED OUT THE COMPANY PENSION PLAN - MY CASE MANAGER JENNY SNODE HAS DONE AN EXCELLANT JOB ON THAT UNCOMPENSATABLE ACTIVITY . THERE ARE CLAIMS ABD ADMINSTRATIVE EXPENSE ISSUES TO DECIPHER. WILL BE OBJECTING TO THE LORBER-GESSEL ADMINISTRATIVE CLAIM WHICH WAS FILED SEPTEMBER 20.

DIAGNOSTIC REPORTED NON-FA ASSET WITH ZERO BALANCE ON FORM 1, COLUMN 6, WHICH IS THE MINERAL INTEREST. I HAVE A TASK TO DETERMINE THAT WITHIN 1 YEAR OF CONVERSION. WE INTEND TO UPLOAD AN APPLICATION TO EMPLOY AN AUCTIONEER AND A MINERAL EXPERT 10/1/2018, AND WILL ASK THEIR OPINION ON VALUE.

Have until January to value assets

FOR 9/30/2018 TIR - THIS CONVERTED CHAPTER 11 CASE INVOLVED MANY ACTIVITIES, MOVING TRUCKS BEFORE THE OHIO RIVER FLOODED THEM, LIQUIDATING A FLEET OF OLD TRUCKS AND TRAILERS, LISTING REAL ESTATE FOR SALE, INVESTIGATING MINERAL INTERESTS, AMONG OTHERS.  HOPE IT IS NOT TOO OPTOMISTIC TO CLOSE THE CASE IN 2019.

TWO DEPOSITS ($28.25 AND $15) REPRESENT A REFUND OF FEX EX CHARGES AND THE COSTS OF A REPLACEMENT TITLE, WHICH SWBW ADVANCED, RESPECTIVELY. THE FED EX COULD HAVE BEEN BACK TO SWBW, BUT IT WAS DEPOSITED. TES SUGGESTS WRITING A $15 CHECK FROM THE DEBTOR TO SWBW, BUT I WANT TO WAIT AND SEE WHAT THE TIR REVIEWER SAYS, FIRST.

| Initial Projected Date Of Final Report (TFR): | 02/01/2019 | Current Projected Date Of Final Report (TFR): | 09/30/2020 | /s/ BRENT A. STUBBINS |
| | | | | BRENT A. STUBBINS |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-58202 | | Trustee Name: | Brent A. Stubbins |
| Case Name: | Iddings Trucking, Inc. | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***5619 | | Checking Acct #: | ******0401 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 12/30/2016 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 4/1/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/06/2018 | (2) | Roger Hanschemacher | payment | 1121-000 | $100.00 | | $100.00 |
| 03/09/2018 | (2) | Richard James & Associates | payment | 1121-000 | $160.00 | | $260.00 |
| 03/30/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $0.35 | $259.65 |
| 04/30/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $0.41 | $259.24 |
| 05/14/2018 | (5) | Dennis Coe | 2 desks - 1 shed | 1129-000 | $1,200.00 | | $1,459.24 |
| 05/14/2018 | (7) | SOUTH SEVEN LEASING LLC | TRAILER ...9093, 6 BLOWERS | 1129-000 | $32,000.00 | | $33,459.24 |
| 05/31/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $28.99 | $33,430.25 |
| 06/07/2018 | | Chris Davis - Auction Ohio | Auction Proceeds with auctioneer receiving Buyers' premium, so nothing paid to auctioneer here. | * | $396,812.15 | | $430,242.40 |
| | {7} | | $255,368.60 | 1129-000 | | | $430,242.40 |
| | {12} | | $1,950.00 | 1129-000 | | | $430,242.40 |
| | {10} | | $9,950.00 | 1129-000 | | | $430,242.40 |
| | {11} | | $17,700.00 | 1129-000 | | | $430,242.40 |
| | {9} | | $30,001.00 | 1129-000 | | | $430,242.40 |
| | {7} | | $3,250.00 | 1129-000 | | | $430,242.40 |
| | {4} | | $15,472.14 | 1129-000 | | | $430,242.40 |
| | {14} | | $63,120.41 | 1129-000 | | | $430,242.40 |
| 06/29/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $516.97 | $429,725.43 |
| 07/02/2018 | (7) | Chris Davis | FedEx Reimbursement. I LINKED THIS TO THE TRUCKS FOR THE TIR SINCE IT REPRESENTED A CHARGE TO DELIVER A TITLE. | 1129-000 | $28.25 | | $429,753.68 |
| 07/30/2018 | | Chris Davis - Auction Ohio | De Lage truck auction proceeds | * | $8,050.00 | | $437,803.68 |
| | {7} | | $8,550.00 | 1129-000 | | | $437,803.68 |
| | | | Storage fees for keeping truck on lot $(500.00) | 2500-000 | | | $437,803.68 |
| 07/30/2018 | 5001 | De Lage Landen | Payoff of Lien on 2007 International to creditor on title sold for $8,050.00. VIN 2HSCHSCR77C556912 | 4210-000 | | $6,867.50 | $430,936.18 |
| 07/31/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $693.49 | $430,242.69 |
| | | | | **SUBTOTALS** | $438,350.40 | $8,107.71 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 16-58202 | |
| Case Name: | Iddings Trucking, Inc. | |
| Primary Taxpayer ID #: | **-***5619 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 12/30/2016 | |
| For Period Ending: | 4/1/2021 | |

| | |
|---|---|
| Trustee Name: | Brent A. Stubbins |
| Bank Name: | Pinnacle Bank |
| Checking Acct #: | ******0401 |
| Account Title: | |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/31/2018 | (7) | Belle Way Sales & Service | ADVANCED FUNDS BY SWBW FOR A VEHICLE TITLE. TES SUGGESTS WRITING A CHECK IN THAT AMOUNT TO SWBW, BUT I WANT TO WAIT TO SEE WHAT THE TIR REVIEWER SAYS. | 1180-000 | $15.00 | | $430,257.69 |
| 08/31/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $701.30 | $429,556.39 |
| 09/17/2018 | (7) | Highway Commercial | Excess proceeds from sale of collateral | 1129-000 | $69,133.11 | | $498,689.50 |
| 09/21/2018 | (2) | Richard James & Assoc | monies owed Iddings | 1121-000 | $731.18 | | $499,420.68 |
| 10/18/2018 | 5002 | Stubbins, Watson, Bryan, & Witucky Co., L.P.A | Per #371 | 3120-000 | | $3,600.00 | $495,820.68 |
| 11/19/2018 | 5003 | Miranda Duty | The Court approved this 11/2/2018 | 2690-000 | | $4,215.88 | $491,604.80 |
| 11/26/2018 | 5004 | Internal Revenue Service | Tax Payment to IRS | 2810-000 | | $5,101.70 | $486,503.10 |
| 01/04/2019 | (7) | Auction Ohio | 2 trailers | 1129-000 | $20,950.00 | | $507,453.10 |
| 12/23/2019 | | Fouss & Fouss | credit bid on farm property | * | $3,200.00 | | $510,653.10 |
| | {16} | | $3,000.00 | 1129-000 | | | $510,653.10 |
| | {15} | | $200.00 | 1129-000 | | | $510,653.10 |
| 01/31/2020 | | Ben Schafer | Mineral sale | * | $28,890.00 | | $539,543.10 |
| | {17} | | Sale of Minerals              $32,100.00 | 1129-000 | | | $539,543.10 |
| | | | Commission to Realtor      $(1,605.00) | 3510-000 | | | $539,543.10 |
| | | | Commission to Engineer    $(1,605.00) | 3991-000 | | | $539,543.10 |
| 03/02/2020 | 5005 | Wes Casto | Expense reimbursement | 3992-000 | | $470.60 | $539,072.50 |
| 03/02/2020 | 5006 | Wes Casto | Expense reimbursement. | 3992-000 | | $470.60 | $538,601.90 |
| 03/02/2020 | 5006 | VOID: Wes Casto | Voided check. | 3992-000 | | ($470.60) | $539,072.50 |
| 04/08/2020 | (23) | Oak Point Partners | Remnant assets | 1229-000 | $5,000.00 | | $544,072.50 |
| 07/24/2020 | (1) | Huntington Bank | Huntington Debtor in Possession accounts | 1129-000 | $29,296.27 | | $573,368.77 |
| 01/21/2021 | 5007 | Brent A. Stubbins | Trustee Compensation | 2100-000 | | $32,613.80 | $540,754.97 |
| 01/21/2021 | 5008 | Brent A. Stubbins | Trustee Expenses | 2200-000 | | $6,885.85 | $533,869.12 |
| 01/21/2021 | 5009 | James B Wolfe | Distribution on Claim #: ; WHEN I STARTED THIS, I DID NOT KNOW 18 CREDITORS WOULD FILE CLAIMS | 3410-000 | | $3,082.77 | $530,786.35 |
| | | | **SUBTOTALS** | | $157,215.56 | $56,671.90 | |

# FORM 2
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 16-58202 | |
| Case Name: | Iddings Trucking, Inc. | |
| Primary Taxpayer ID #: | **-****5619 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 12/30/2016 | |
| For Period Ending: | 4/1/2021 | |

| | |
|---|---|
| Trustee Name: | Brent A. Stubbins |
| Bank Name: | Pinnacle Bank |
| Checking Acct #: | ******0401 |
| Account Title: | |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/21/2021 | 5010 | Mulligan & Topy Co. | Distribution on Claim #: ; WHEN I STARTED THIS, I DID NOT KNOW 18 CREDITORS WOULD FILE CLAIMS | 6410-000 | | $3,919.50 | $526,866.85 |
| 01/21/2021 | 5011 | Strip, Hoppers, Leithart, McGrath, & Terlecky, Co., L.P.A. | Distribution on Claim #: ; WHEN I STARTED THIS, I DID NOT KNOW 18 CREDITORS WOULD FILE CLAIMS | 6110-000 | | $89,624.00 | $437,242.85 |
| 01/21/2021 | 5012 | Stubbins, Watson, Bryan & Witucky | Distribution on Claim #: ; WHEN I STARTED THIS, I DID NOT KNOW 18 CREDITORS WOULD FILE CLAIMS | 3110-000 | | $36,493.00 | $400,749.85 |
| 01/21/2021 | 5013 | Thomas P Giusti, CPA | Distribution on Claim #: ; WHEN I STARTED THIS, I DID NOT KNOW 18 CREDITORS WOULD FILE CLAIMS | 6410-000 | | $1,050.00 | $399,699.85 |
| 01/21/2021 | 5014 | Internal Revenue Service | Distribution on Claim #: 12; WHEN I STARTED THIS, I DID NOT KNOW 18 CREDITORS WOULD FILE CLAIMS | 5800-000 | | $9,491.25 | $390,208.60 |
| 01/21/2021 | 5015 | Ohio Department of Taxation | Distribution on Claim #: 15; WHEN I STARTED THIS, I DID NOT KNOW 18 CREDITORS WOULD FILE CLAIMS | 5800-000 | | $44,405.16 | $345,803.44 |
| 01/21/2021 | 5016 | Ohio Dept. of Job & Family Services | Distribution on Claim #: 16; WHEN I STARTED THIS, I DID NOT KNOW 18 CREDITORS WOULD FILE CLAIMS | 5800-000 | | $19,109.66 | $326,693.78 |
| 01/21/2021 | 5017 | Loeber & Gessel LLC. | Distribution on Claim #: 40; WHEN I STARTED THIS, I DID NOT KNOW 18 CREDITORS WOULD FILE CLAIMS | 6920-000 | | $107,250.00 | $219,443.78 |
| 01/21/2021 | 5018 | Loeber & Gessel LLC. | Distribution on Claim #: 40; WHEN I STARTED THIS, I DID NOT KNOW 18 CREDITORS WOULD FILE CLAIMS | 2410-000 | | $30,250.00 | $189,193.78 |
| 01/21/2021 | 5019 | Arkansas Department of Finance &#038; Administration | Distribution on Claim #: 47; WHEN I STARTED THIS, I DID NOT KNOW 18 CREDITORS WOULD FILE CLAIMS | 5800-000 | | $59.46 | $189,134.32 |
| | | | **SUBTOTALS** | | $0.00 | $341,652.03 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-58202 | Trustee Name: | Brent A. Stubbins |
|---|---|---|---|
| Case Name: | Iddings Trucking, Inc. | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***5619 | Checking Acct #: | ******0401 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 12/30/2016 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 4/1/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 01/21/2021 | 5020 | Ohio Bureau of Workers Compensation | Distribution on Claim #: 48; WHEN I STARTED THIS, I DID NOT KNOW 18 CREDITORS WOULD FILE CLAIMS | 5800-000 | | $621.23 | $188,513.09 |
| 01/21/2021 | 5021 | Ohio Dept. of Job & Family Services | Distribution on Claim #: 49; WHEN I STARTED THIS, I DID NOT KNOW 18 CREDITORS WOULD FILE CLAIMS | 5800-000 | | $8,144.42 | $180,368.67 |
| 01/21/2021 | 5022 | Miami Dade Expressway Authority | Distribution on Claim #: 52; WHEN I STARTED THIS, I DID NOT KNOW 18 CREDITORS WOULD FILE CLAIMS | 5800-000 | | $40.07 | $180,328.60 |
| 01/21/2021 | 5023 | Westfield Bank, FSB | Distribution on Claim #: 55; WHEN I STARTED THIS, I DID NOT KNOW 18 CREDITORS WOULD FILE CLAIMS | 6710-000 | | $33,919.82 | $146,408.78 |
| 01/21/2021 | 5024 | Office of the United States Trustee | Distribution on Claim #: 59; WHEN I STARTED THIS, I DID NOT KNOW 18 CREDITORS WOULD FILE CLAIMS | 2950-000 | | $13,000.00 | $133,408.78 |
| 01/21/2021 | 5025 | Internal Revenue Service | Distribution on Claim #: 62; WHEN I STARTED THIS, I DID NOT KNOW 18 CREDITORS WOULD FILE CLAIMS | 5800-000 | | $3,075.49 | $130,333.29 |
| 01/21/2021 | 5026 | Ohio Department of Taxation | Distribution on Claim #: 63; WHEN I STARTED THIS, I DID NOT KNOW 18 CREDITORS WOULD FILE CLAIMS | 5800-000 | | $129,306.56 | $1,026.73 |
| 01/21/2021 | 5027 | KENTUCKY DEPARTMENT OF REVENUE | Distribution on Claim #: 64; WHEN I STARTED THIS, I DID NOT KNOW 18 CREDITORS WOULD FILE CLAIMS | 5800-000 | | $1,026.73 | $0.00 |
| 01/30/2021 | 5026 | VOID: Ohio Department of Taxation | | 5800-003 | | ($129,306.56) | $129,306.56 |
| 01/30/2021 | 5028 | Attorney General State of Ohio | | 5800-000 | | $129,306.56 | $0.00 |
| | | | | **SUBTOTALS** | $0.00 | $189,134.32 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 5          Exhibit 9

| | | |
|---|---|---|
| Case No. | 16-58202 | |
| Case Name: | Iddings Trucking, Inc. | |
| Primary Taxpayer ID #: | **-***5619 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 12/30/2016 | |
| For Period Ending: | 4/1/2021 | |

| | |
|---|---|
| Trustee Name: | Brent A. Stubbins |
| Bank Name: | Pinnacle Bank |
| Checking Acct #: | ******0401 |
| Account Title: | |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $595,565.96 | $595,565.96 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $595,565.96 | $595,565.96 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $595,565.96 | $595,565.96 | |

| For the period of **12/30/2016** to **4/1/2021** | | For the entire history of the account between **03/06/2018** to **4/1/2021** | |
|---|---|---|---|
| Total Compensable Receipts: | $599,275.96 | Total Compensable Receipts: | $599,275.96 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $599,275.96 | Total Comp/Non Comp Receipts: | $599,275.96 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $599,275.96 | Total Compensable Disbursements: | $599,275.96 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $599,275.96 | Total Comp/Non Comp Disbursements: | $599,275.96 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-58202 | | Trustee Name: | Brent A. Stubbins |
|---|---|---|---|---|
| Case Name: | Iddings Trucking, Inc. | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***5619 | | Checking Acct #: | ******0401 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 12/30/2016 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 4/1/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|---|---|
| | **TOTAL - ALL ACCOUNTS** | | | $595,565.96 | $595,565.96 | $0.00 |

| **For the period of 12/30/2016 to 4/1/2021** | | **For the entire history of the case between 01/30/2018 to 4/1/2021** | |
|---|---|---|---|
| Total Compensable Receipts: | $599,275.96 | Total Compensable Receipts: | $599,275.96 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $599,275.96 | Total Comp/Non Comp Receipts: | $599,275.96 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $599,275.96 | Total Compensable Disbursements: | $599,275.96 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $599,275.96 | Total Comp/Non Comp Disbursements: | $599,275.96 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ BRENT A. STUBBINS

BRENT A. STUBBINS